# Writ, Mandamus

50,653-01

TO: The District Clerk
May 25, 2015

Of The Criminal court of appeal
Mr. Abel, Acosta
District Clerk Office

RECEIVED IN
COURT OF CRIMINAL APPEALS
MAY 28 2015
Abel Acosta, Clerk

From: Orvis Wayne Porter.
# 1905515
Jester 3 Unit
Jester 3 Rd.
Richmond, Texas 77406

W10-24557-J (B)

Judge Gracie Lewis: (Court phone) 214-653-5922

I'am write the court, send a Writ, Mandamus IN case: W10-24557-J (B) I filed a 11.07 December 13, 2013 IN the criminal court, of Judge Gracie, Lewis, ON January 6, 2014, she gave me a Designating Issue apponited, Attoney Wayne, Huff to Inestgated, It has Been 18 month's, I have heard anything, I have wrote motion to compell the court to answer, Letter after Letter, my family has call, I have even - wrote to the court criminal appeal on this Issues, I'am ask the court of appeal to Investgated my Issues and the 11.07 and in the writ, mandamus, I am send evidence in my case as Exhibit to prove my claim,

(I'am enclused, a motion of Issuance of Subpoenas Duces Tecum)



To have a heard in my claim i have other evidence i would like to give in Testimony in hear in my 11.07, so, I'am as to be bench warrent Back to Dallas County for a hearing and the Designating Issue Investgated in Trial, Record Include in Investgated I am eclosed in letter all my — Exhibit in case.

(1) Designating Order Issue from, Judge Gracie Lewis Exhibit (A)

Exhibit (B)

(2) my Indictment in my case of the false Enhancement in case that where misdmeonor conviction, class A)

Exhibit (C)

(3) The Notice of Enhancement The Bugarly habitation, Judge Gracie Lewis was not able to prove. the finger print expert said there no finger print or Doucment case F92-31291-MW The Dallas County Sheriff office, for final conviction July 31, 1998

Exhibit (D)

my prison Record from Oregon prison clerk to prove, I was in Oregon prison from 9/24/1994 to 12/16/1998. That final conviction is Not mine on July 31, 1998 of Burgarly habitation #92-31291

Exhibit (~~E~~)

my mental, health Record to prove i had mental, health problem, IN my past histrory That should had, a mental health evlavtion, when i told Judge Lewis and my attoney Lawyer George ashford I had mental health problem in Trial,

Exhibit D

and motion for Bench warrent Issuance of Subpoena Duces Tecum

I Thank you for your time God, Bless, please write me to let me know you got my writ, manDamus, and Exhibit, and motion's, Thank you!

Sincerly
MR. Orvis porter

CASE NO. W1024557-JB

ORVIS PORTER,
PETITIONER
vs
THE THIRD DISTRICT CRIMINAL COURT DALLAS COUNTY,
RESPONDANT

IN THE CRIMINAL COURT OF APPEALS
AUSTIN, TEXAS

# PETITION FOR WRIT OF MANDAMUS

## A
## Parties

Petitioner, Orvis W. Porter, #1905515, Jester III Unit, 3 Jester Road, Richmond, Texas 77406. Respondant, the Third District Criminal Court Dallas County, 133 N. Riverfront Blvd., LB 40, 6th Floor, Dallas, Texas 75207-4313 (214) 653-5922, the Honorable Judge Gracie G. Lewis, Real Party of Interest, Wayne Huff, Amicus Curize Attorney.

## B
## Jurisdiction

The Criminal Court of Appeals has jurisdiction pursuant to the United States Constitution Amendment 5th & 14th Due Process (Amend. 5 & 14, USCA), the Texas State Constitution Article 5 Section 5 (Tex St Const Art 5 Sec 5), Texas Code of Criminal Procedures Appellate Court 401.A & 404.2 (Tex Code of Crim Proc 401.A & 404.2), and Texas Government Code Article 22.004 (Tex Gov Code 22.004).

## C
## Nature of Case

Petitioner seeks Writ of Mandamus to the Trial Court and Amicus Curize Attorney to perform Ministrial Function.

## D
## Issue Presented

Trial Court and Amicus Curize Attorney has failed to perform Ministrial Function, the Effectuation Filing of Facts, and Conclusion of Law for the court. And the Trial Court failed to hold hearing of same on designated. Controverted previously unresolved facts. Material to the legality of Petitioner's confinement.

## E
## Statement of Facts

Petitioner Porter (Realtor Porter) filed Haebeas Corpus Petition to the Third District Court, Dallas County, Texas, pursuant to Texas Code of Criminal Procedure 11.07 (Tx CCP 11.07) to the Trial Court, Case No. W1024557-JB, the Honorable Judge Gracie G. Lewis, Judge Presiding, raising violation elements of:

1) Illegal and/or no facts to support Proof of Notice to Enhancement Paragraph a) No finger prints to an alleged burgarly of Habitation, July 31, 1998 F92-31291-MW in 363rd Judical District Court of Dallas County (The Court failed to prove final conviction. The Dallas County Sheriff's Office Finger Print Expert said, "There was no finger print or document to prove the conviction or for the enhancement at the sentence phase of trial,"-July 12, 2011.) b) a second seperate paragraph alleging Credit Card Abuse changed to Conspircy to Commit Credit Card Abuse F08-25433 282nd Judical District Court of Dallas County, is a Class A Misdemeanor. c) a third and seperate paragraph of Theft less than $500, F08-40243 March 10, 2008 194th Judical District Court Dallas County, is a Class A Misdemeanor. (THE ABOVE ENHANCEMENT PARAGRAPH WERE USED TO ILLEGALLY INCREASE PETITIONER'S SENTENCE.)

2) Ineffective Assistance of Counsil Claim - violation of Petitioner Porter's 5th & 14th Due Process and Article 1 Section 3, 17 & 19 of Texas State Constitution Bill of Rights Due Course of Law caused by the Trial Attorney's failure to properly investigate and object to presentation of Erronous Enhancement Paragraphs used to illegally increase Petitioner's sentence.

3) The Trial Court's abuse of discreation by its use of, and determination as true Erronous Enhancement Paragraph.

4) Violation of Petitioner Porter's Substantive and Procedural Rights Due Process (USCA 5 & 14) and Due Course of Law (Tex St Const Art 1 Sec 3, 17 & 19) caused Petitioner Porter's Trial Attorney's failure to file Petition for Competency Evaluation of Petitioner Porter pursuant to the Texas Code of Criminal Procedures 46B.003, 46B.004 & 46B.005.

5) The Trial Court's Abuse of its discreation by violating Petitioner Porter's Substantive and Procedural Rights Due Process (USCA 5 & 14) and Due Course of Law Rights (Tex St Const Art 1, Sec 3, 17 & 19) by the Trial Court's failure to conduct informal and formal evaluation and hearing of Petitioner Porter's Volitional Competency

Capacity to Stand Trial and receive sentence Pursuant to Tex CCP 42.19 Sec 9 & 46B.005.

6) Amicus Curize Attorney was instructed by Trial Court to Effectuate and File Finding of Facts and Conclusion of Law to Resolve Designated Controverted Previously Unresolved Fact Material to Petitioner Porter's Legality of Confinement over a year and a half ago (SEE APPENDEX PAGE i - ORDER DESIGNATED ISSUES)

7) The Trial Court has not performed its Ministrial Function.

8) The Trial Court and Amicus Curize Attorney Wayne Huff duty is Ministrial Function persuant to Tx CCP Art 11.07.3d. IN RE BATES 65 SW3rd 133 (Tex C APP Amorillo 2006) id at 134, 135.

9) The Criminal Court of Appeals has authority to issue Writ of Mandamus to Compel Lower Court's Ministrial Function STATE EX RE HILL vs THE FIFTH DISTRICT COURT OF APPEAL 34 SE3rd 924 (Tex Crim App 2001) Tex CCP 401.A, 404.2 and Tex Gov Code 22.004.

10) The Trial Court and Amicus Curize Attorney Huff has caused an unreasonable unexcused delay.

11) Petitioner has a right to accept or attack a Court Ruling KISSAM vs WILLIAMSON 545 SE2nd 265.

12) Petitioner Porter has no other remedy to compel Wayne Huff and the Trial Court to perform its Ministrial Function.

13) Petitioner Porter is illegally incarcerated, restrained of his liberty and Erronosly forced to serve an Excessive Sentence.

Prayer for Relief

Wherefore all Premisse consider Petitioner Porter Prays upon the Court to adopt this his Petition for Writ of Mandamus and issue order of instructions to the Third District Court to hold hearing on Fact Finding and Conclusion of Law, and to order Amicus Curize Attorney Wayne Huff to Effectuate and File same to Trial Court and Provide Copy to Petitioner within 30 days of the Court Order.

Respectfully Submitted,

Orvis Wayne Porter #1905515

Orvis W. Porter, Petitioner
#1905515
Jester III Unit
3 Jester Road
Richmond, TX 77406

Declaration of Perjury

My name is Orvis W. Porter, my TDCJ-CID Identification Number is #1905515. I am an offender currently incarcerated in the Jester III Unit, 3 Jester Road, Richmond, TX 77406. Deposes and declare under Penalty of Perjury that the content contained in this above and aforegoing Petitioner Petition of Writ of Mandamus is true and correct pursuant to Texas Civil Practice and Remedies Code 134.001.

Executed to by me the undersigned this 25 day of may, 2015.

Orvis W. Porter, Petitioner

Certification

I, Orvis Wayne Porter, certify that a true and correct copy of the above and aforegoing Petitioner Petition for Writ of Mandamus was served by U.S. Post Office Mail Service Postage Prepaid by depositing copy of same addressed to:
The Honorable Judge Gracie G. Lewis, judge presiding 3rd District Court, Dallas, Texas, Frank Crowely Court Building, 133 Riverfront Blvd., LB 40, 6th Floor, Dallas, Texas 75207-4313 and Wayne Huff.

Orvis W. Porter, #1905515
Jester III Unit
3 Jester Road
Richmond, TX 77406

Sincerely Orvis Wayne Porter
#1905515

# Exhbit

# A

Court phone number
(214) 653-5922

Designating Order Issues

From: The Honorable Judge —
Gracie Lewis, Criminal District
Court 3 Dallas County, Texas
Issues - January 6, 2014, - The
Court faild to Innessgatgated the
Designating Order. 18 month ago -
The court had appointed - Lawyer
Wayne Huff
He Refuse to comply.

WRIT NO. W10-24557-J(B)

| EX PARTE | § | IN THE CRIMINAL DISTRICT |
|---|---|---|
| | § | |
| | § | COURT NUMBER THREE |
| | § | |
| ORVIS WAYNE PORTER | § | DALLAS COUNTY, TEXAS |

**ORDER DESIGNATING ISSUES**

Having considered the Applicant's Application for Writ of Habeas Corpus and the State's Response, the Court finds that controverted, previously unresolved facts material to the legality of the Applicant's confinement exist. The Court finds that the following issues are to be resolved:

whether the trial attorney rendered ineffective assistance of counsel to the applicant.

The Court appoints Wayne Huff to resolve the issues and prepare findings of fact and conclusions of law for the court. The issues may be resolved by affidavits, depositions, interrogatories, or by hearings, as deemed necessary by the person appointed herein.

*The lawyer appointed to resolve the issues in this writ is not appointed to represent Applicant. As of this time, Applicant is not entitled to counsel.*

The Clerk of the Court is **ORDERED** to send a copy of this order to Applicant, and to counsel for the State.

**SIGNED** this the 6TH day of Jan, 2014.

Gracie Lewis

**JUDGE GRACIE LEWIS**
**CRIMINAL DISTRICT COURT NO. THREE** (LB40)
**DALLAS COUNTY, TEXAS**

133. N. Riverfront Blvd
DAllAS Texas 75207

# ExhBit

RR: 6: 51-88
RR: -3: 4-5. 6, 12
CR: 5
Report, Record

The Indictment of
UNauthorzied use of vehicle
CASE# F10-24557-J- May 21, 2010

Both Enhancement are misdmeanor - conniction, They are not Felony conviction The Honorable Judge Never proves Enhancement

(Charge) Theft case F08-40243 was drop to Theft less than $ 500 dollar's a class A misdmeanor - 1244 A + B

Charge (Credit Card Abuse) charge was change to conspriacy to commit credit card Abuse a class A misdmeanor 1244 A + B

F08-25433

8 5
copy

EP

DEFENDANT Porter, Orvis Wayne BM 04241974 CHARGE UUMV/3RD

AKA:

ADDRESS 1306 Bandera Ln, Garland, Tx LOCATION DSO

FILING AGENCY TX0571100 DATE FILED May 10, 2010 COURT CDC3

COMPLAINANT Roy, Terry F-1024557 VT#:

C/C

TRUE BILL INDICTMENT

IN THE NAME AND BY THE AUTHORITY OF THE STATE OF TEXAS: The Grand Jury of Dallas County, State of Texas, duly organized at the January Term, A.D., 2010 of the 195th Judicial District Court, Dallas County, in said Court at said Term, do present that one PORTER, ORVIS WAYNE, Defendant,

On or about the 1st day of May A.D., 2010 in the County of Dallas and said State, did

unlawfully, intentionally and knowingly operate a motor-propelled vehicle, namely: an automobile, without the effective consent of TERRY ROY, the owner thereof,

(CR: 57)

And it is further presented to said Court that prior to the commission of the offense or offenses set out above, the defendant was finally convicted of the felony offense of THEFT>$1,500<$20K, in the 194TH JUDICIAL DISTRICT COURT of DALLAS County, Texas, in Cause Number F08-40243, on the 10TH day of MARCH, 2008.

← class (A) misdemeanor 1244 A+B

And that prior to the commission of the offense or offenses for which the defendant was convicted as set out above, the defendant was finally convicted of the felony offense of CREDIT CARD ABUSE, in the 282ND JUDICIAL DISTRICT COURT of DALLAS County, Texas, in Cause Number F08-25433, on the 23RD day of FEBRUARY, 2009.

← class (A) misdemeanor 1244/A/B

not felony. conviction

Enhancment are incorrect
the court never prove Enhancement

Idictment May 21, 2010

It shouldn't been a 2 to 10. charge.
Just state jail felony!

I try to explain to my lawyer!
He would listen to me

FILED
10 MAY 21 AM 11:00
GARY FITZSIMMONS
DISTRICT CLERK
DALLAS CO., TEXAS
DEPUTY

against the peace and dignity of the State.

CRAIG WATKINS
Criminal District Attorney of Dallas County, Texas

Rose Redford
Foreman of the Grand Jury

COURT

# Notice Of Enhancement

# Exhibt C

volume 6
Sentence phras
RR: -6: 51-88

F92-31291-mw

CR: 22

The State notice Of Enhancement ON Burglary Habitation —RR: 3:4-5 6.12 (F92-31291-mw) final conviction July 31, 1998 RR-6: 51-88 (Report-Record's) - Volume's 6

I plea not true to Enhancement's RR-6: 51-52, RR-6: 51-88, CR-22

The Judge didn't prove Enhancement pargraph's The Dallas County Sheriff office testify Their, where no finger print or Doucement to prove, I am the person for final - conviction, Judge Refuse to void enhancement pargrahs.

File 18 month Later 3 copy

2011 MAR 11 AM 9:10 FILED

CAUSE NUMBER: F-10-24557

| THE STATE OF TEXAS | § | IN CRIMINAL DISTRICT |
|---|---|---|
| VS. | § | COURT #3 OF |
| Orvis Porter | § | DALLAS COUNTY, TEXAS |

## NOTICE OF THE STATE'S INTENT TO ENHANCE PUNISHMENT RANGE

COMES NOW THE STATE OF TEXAS by and through her Criminal District Attorney giving the above-referenced defendant ("Defendant" herein) notice of the State's intention to enhance the punishment range in the above-captioned case using prior convictions under TEX. PENAL CODE §12.42(c)(1):

Prior to the commission of the instant offense, the said defendant was convicted of the felony offense of Burglary of a Habitation on or about the, 31st day of July 1998 A.D., in Cause Number F-92-31291 on the docket of 363rd Judicial District Court of Dallas County, Texas under the name of Orvis Porter and said conviction was a final conviction.

Prior to the commission of the instant offense, the said defendant was convicted of the felony offense of Burglary of a Habitation, on or about the 3rd day of February, 2000, A.D., in Cause Number F-99-53393 on the docket of 363rd Judicial District Court of Dallas County, Texas under the name of Orvis Porter and said conviction was a final conviction.

Pursuant to Tex. Penal Code § 12.42(c)(1), on conviction in the above-captioned case, upon a showing that Defendant has been convicted of the aforementioned felony, **Defendant shall be punished by imprisonment in the Texas Department of Criminal Justice for any term of not more than 20 years or less than 2 years, and/or by a fine not to exceed $10,000**. The State would show that said enhancement does not charge Defendant with an additional or different offense, nor does it prejudice the substantial rights of Defendant.

at trial no fingerprint or doucement

court didn't prove the enhancement for final conviction for July 31 1998 at trial

Respectfully submitted,

Jason Fine
Assistant District Attorney
Dallas County, Texas
Texas Bar No. 24055477

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing NOTICE OF THE STATE'S INTENT TO ENHANCE PUNISHMENT RANGE has been [ ] hand-delivered, [ ] mailed, [X] faxed, to George Ashford the Attorney for the Defendant on this the 11th day of March, 2011.

Fax only — my Lawyer I never got it notice of enhancement

Jason Fine
Assistant District Attorney

They filed notice enhance 18 month Later 3-11-11

The Dallas County Sheriff finger expert testify to this at trial There no fingerprint or doucement to prove enhancement for final conviction. F92-31291-mw-July 31, 1998

RR: 6-51-88 - Report, Records

# Affdavit from Oregon PRISON

# ExhiBt

# D

RR: 6-51, 88
Report Record's
plea not true to
Enhancement

To prove on July 31, 1998
Charge of Burgarly habitation F92-31291-mw
I am not the person for final conviction
That I was in Oregon prison
From 9/23/1994 to 12/16/1998
A Affdavit from Oregon prison clerk
Grace Chen

my AKA: name Demonis Orvis porter
The Enhancement said July 31, 1998 -
for final conviction of Bugraly habitat


John A. Kitzhaber, MD, Governor

Department of Correcti
Offender Information
Sentence Computatio
24499 SW Grahams Ferry Road
Wilsonville, OR 97070-5670
Phone: (503) 570-6900
Fax: (503) 570-6903

phone number to call for information about me. copy

Steptember 25, 2013

To:
Mr. Porter, Demons Orvis

This is me Orvis Wayne Porter my AKA: Name. I was in prison in Oregon on July 31, 1998 on for final conviction case F92-31291-MW Burglary habitation

RE: **Porter, Demons Orvis OR SID 10530457.**
**DOB: 04/05/1975.**

I, Grace Chen, hereby certify and attest that:

1. I am a Records Information Specialist with the Oregon Department of Corrections.

2. I have caused a careful and complete search of the incarceration records pertaining to **Porter, Demons Orvis OR SID 10530457.**

3. This information is to verify that **Porter, Demons Orvis OR SID 10530457.** He was incarcerated with the Oregon Department of Correction from 09/23/1994 to 12/16/1998. — How long there in prison in Oregon

   Mr. Porter was released from incarceration on 12/16/1998 and completed his parole on 06/26/2002.

The Dallas County sheriff finger print expert at trial said there was no print or document

Sincerely,

Grace Chen — The clerk to verify my information

Information Request Coordinator
Offender Information and
Sentence Calculation, Bldg Z,
24499 SW Trahams Ferry Rd.,
Wilsonville, OR 97070

I am not there person for final conviction, on F92-31291-MW Bugarly-habitation on July 31, 1998 in the notice of enhancement that why there was no finger print or document at trial in my case.

# my mental health Record's

# Exhbit

# E

I told the Honorable Judge Gracie Lewis, I had mental problem in trial, and attoneRy George Ashford RR-5:12 RR-5:13 Report Record 5 RR-5:4-6,8 They Refuse to give me mental health evaluation mental health Record from DALLAS County.

Scanned by SMITH, OCTAVIA D in facility Lew Sterrett West Tower on 02/06/2009 16:20

**DALLAS COUNTY JAIL HEALTH**
**MENTAL HEALTH FOLLOWUP NOTE**

Asleep in tank
Had to be awakened

**PATIENT NAME:** Porter, Orvis W **BOOK-IN #:** 08076091 **DATE:** 02/06/2009 07:19AM **RACE:** B
**FACILITY:** Lew Sterrett West Tower **LAI #:** 635090 **CELL:** 7P13

**Most recent vitals from 01/08/2009:** BP: 142 / 86 (Sitting) Wt. 288 Lbs. Height 74 In. Pulse: 61 (Sitting) Resp.: 18 / min Temp: 97 (Oral)

**CURRENT MEDICATIONS:** Zantac Abilify Verapamil Etodolac

**ALLERGIES:** BENADRYL

**SUBJECTIVE:** Hist. Dx: ✓ See Previous & MHL Screen

Pt requested to see staff and discuss Labs again
"worried" about ↓ WBC

3
5
Copy

**MENTAL STATUS:** A/O x3 | (drowsy/dull/slow) | psychotic | delirium/stupor
**Affect:** (appropriate/full range) | euphoric | inappropriate | constricted/flat/blunted
**Attitude:** (cooperative) | hostile/evasive | manipulative | guarded
**Mood:** (normal/cooperative) | dysphoric/depressed | withdrawn/hopeless grieving
positive/hopeful | disrespectful | impatient/irritable | angry/agitated / violent
sarcastic | suspicious/fearful | distrustful/distressed
labile/tearful | euphoric
**Psychomotor:** (normal) | increased | decreased | ataxic
**Thought Process:** (goal directed, linear and logical) | tangential/LOA/circumstantial/disorganized/FOI/concrete
**Speech:** (normal rate, volume pressured) | slurred | slow/latency | mute
**Sleep:** (normal) | decreased | increased
**Insight / Judgment:** adequate | (fair) | poor
**Thought Content:** (congruent w/process)
**Hallucinations:** (No)/Yes | Auditory | Visual | Tactile | Olfactory | Gustatory
**Delusions:** (No)/Yes | Paranoid | Grandiose | Persecutory | Somatic | Bizarre | Ideas of Reference
**Involuntary Mvmts:** (None) | EPS | Acute dystonia | TD | Tremor | Other

good grooming
∅ med side-effects

**SUICIDALITY:** Denies

**HOMICIDALITY:** Denies

**ASSESSMENT:**

**AXIS I:** Hx Bipolar D/O
**AXIS II:**
**AXIS III:** HTN Leukopenia
**AXIS IV:** Legal, Incarceration
**AXIS V:** GAF 45

**PLAN:**

1. Patient (does)/does not demonstrate/verbalize understanding and agreement with Plan of Care
2. RTC 1 days/weeks/(months) Date: 3-6-09
3. Get records from
4. Labs CBC w/Diff CMP Hep Fxn TSH VPA/LH/CBZ
5. Medication:

(1) Reviewed lab c̄ pt again

T.Ridge MSN APRN BC ANP [signature] MD/PA-C/ARNP 2-6-09 1100

x

(2) Start Boost ī can po BID x 30d

(3) Pending eval by medicine

Noted 2-6-09 [signature] LVN 26048

My mental health Record to prove mental health, Before trial I told the Judge I was mental health — RR: 5:13 — RR: 5:12



Parkland Health & Hospital System
Dallas County Jail Health
Dallas, Texas

# PSYCHIATRIC PROVIDER PROGRESS NOTE

Patient Name: PORTER, ORVIS
Book-in Number: 10033308
Date of Birth: 04/24/1974 Age: 36 year
Race: B
Jail Tower: WEST TOWER 03P Tank: 03P 14
AIS Number: 2781012
Parkland MRN:
Date: 06/03/2010 11:23

Assessment:

| | |
|---|---|
| Axis I | R/O Mood D/O NOS |
| | |
| Axis II | Antisocial |
| | |
| Axis III | Hx HTN Hx GERD Hx Leukopenia |
| | |
| Axis IV | Legal/Incarceration |
| | |
| Axis V: GAF- | 70 |

Housing:

| | |
|---|---|
| Suicide Precautions | |
| Crisis Stabilization | |
| Closed Behavioral Observation | |
| 8 Man Open Behavioral Observation | |
| Open Behavioral Observation | |
| General Population | X not Decker |
| Infirmary | |

Laboratory/Radiology/Diagnostics:

| | |
|---|---|
| CBC with Differential | |
| BMP | |
| CMP | |
| Hepatic Panel/LFT's | |
| TSH | |
| VPA/Depakote Level | |
| Lithium Level | |
| Tegretol/Carbamazepine Level | |
| Dilantin/Phenytoin Level | |
| HgbA1c | |
| HIV | |
| RPR | |
| Lipids | |
| UA | |
| X-ray: | |
| Other Lab/Diagnostic: | |

my mental health Report FROM DALLAS County JAil Before TRiAl

CAUSE NO. W10-24557-J (B)

| | | |
|---|---|---|
| | § | IN THE [redacted] |
| EX PARTE ORVIS W. PORTER | § | CRIMINAL [redacted] COURT Appeal |
| | § | Austin |
| | § | [redacted] COUNTY, TEXAS |

**PETITION FOR ISSUANCE OF SUBPOENAS DUCES TECUM**

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now Orvis Wayne Porter, Petitioner in the above stvled and numbered cause, and files this Petition for Issuance of Subpoenas Duces Tecum and in support thereof submits unto the Court as follows, to wit:

1. Petitioner is illegally restrained of his liberty by the Texas Department of Criminal Justice (TDCJ) and has filed a pro se application for a Writ of Habeas Corpus in accordance with Article 11.07 of the Texas Code of Criminal Procedure.

2. On 1/6/2014, the Court signed an order pursuant to petitioner's habeas action instructing the resolution of controverted facts surrounding petition's allegations.

3. The Court appointed Wayne Huff to investigate and resolve the controverted facts surrounding petitioner's allegations.

4. Petitioner posesses evidence central to the resolution of these controverted facts in the form of personal knowledge and documentation not currently a part of the record.

5. Petitioner respectfully requests to be interviewed in person by the Court's investigator for the purpose of Mr. Huff being able to guage petitioner's credibility and demeanor.

6. Petitioner is proceeding pro se and is without counsel.

WHEREFORE ALL PREMISES CONSIDERED, petitioner prays the Court grant this Petition for Issuance of Subpoenas Duces Tecum and issue a bench warrant for petitioner's return to Dallas County's 3rd Criminal District Court to produce evidence for the determination of controverted facts pursuant to this Court's order.

Respectfully Submitted,

#1905515

Orvis Wayne Porter

ORVIS WAYNE PORTER
TDCJ # 1905515
Jester III Unit
3 Jester Road
Richmond, Tx 77406

CERTIFICATE OF SERVICE

This is to certify that on this 25 day of May, 2015, a true and correct copy of the above and foregoing document was forwarded by United States regular mail to:

______________________________________________________________

#1905515

Orvis Wayne Porter

Orvis Wayne Porter

CAUSE NO. W10-24557-J (B)

| | | |
|---|---|---|
| EX PARTE ORVIS W. PORTER | § § § § § § | IN THE [redacted] CRIMINAL [redacted] COURT appeal Austin [redacted] COUNTY, TEXAS |

**ORDER**

Petitioner's Petition for Issuance of Subpoenas Duces Tecum is hereby GRANTED / DENIED.

SIGNED AND ENTERED on this ______ day of ____________, 2015.

______________________

JUDGE PRESIDING
3rd District Court
Dallas County, Texas